IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SHERRYL FIGGS

v.                                        Civil No. JFM-16-566

LENDMARK FINANCIAL SERVICES, LLC

******

## ORDER

For the reasons stated in the accompanying Memorandum, it is, this 15 day of June 2016

ORDERED

1. Plaintiff's motion to remand (ECF No. 12) is GRANTED;

2. This suit is remanded to the Circuit Court for Baltimore City, Maryland; and

3. Defendant's motion for leave to file a declaration in support of removal (ECF No. 19) is GRANTED

/s/ J. Frederick Motz
J. Frederick Motz
United States District Judge